UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE TYPE: Employment

**KARILYNN TAN,**

File No. 00 1509 DWF/AJB

Plaintiff,

vs.

**FIRST STIPULATION AND ORDER OF CONFIDENTIALITY**

**SPS COMMERCE INC.,** a Minnesota Corporation, and **ROLF A. HOLMAN,** An individual

Defendants.

The undersigned hereby agree and stipulate that the following documents, along with any responsive pleadings pertaining to Plaintiff's and Defendant's Motions to Enforce Settlement Agreement filed hereafter, shall be placed and remain under seal until further Order of the Court:

1. Documents filed under seal December 5, 2000 by Plaintiff:

   A. Plaintiff's Notice of Motion and Motion;

   B. Plaintiff's Memorandum in Support of Motion to Enforce Settlement Agreement;

   C. Affidavit of Tiffany A. Sanders;

   D. [Proposed] Order:

2. Documents filed (not under seal) December 5, 2000 by Defendant:

   A. Defendant's Notice of Motion and Motion;

   B. Defendant's Memorandum in Support of Motion to Enforce Settlement Agreement;

   C. Affidavit of Richard A. Ross; and

   D. [Proposed] Order.

DEC 08 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 7th, 2000

James H. Kaster, Esq. (#53946)
Tiffany A. Tiffany, Esq. (#260514)
Nichols Kaster & Anderson
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

ATTORNEYS FOR PLAINTIFF KARILYNN TAN

Dated: December 7, 2000

Richard A. Ross (#181791)
Catherine M. Powell (#296430)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Fourth Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

ATTORNEYS FOR DEFENDANT
SPS COMMERCE, INC.

**ORDER**

Based upon the agreement and stipulation of counsel above,

**IT IS HEREBY ORDERED** that the following documents, along with any responsive pleadings pertaining to Plaintiff's and Defendant's Motions to Enforce Settlement Agreement filed hereafter, shall be placed and remain under seal until further Order of the Court:

1. Plaintiff's Notice of Motion and Motion;
2. Plaintiff's Memorandum in Support of Motion to Enforce Settlement Agreement;
3. Affidavit of Tiffany A. Sanders;

4. [Proposed] Order:

5. Defendant's Notice of Motion and Motion;

6. Defendant's Memorandum in Support of Motion to Enforce Settlement Agreement;

7. Affidavit of Richard A. Ross; and

8. [Proposed] Order.

BY THE COURT:

Dated: 12/8/00

The Honorable Magistrate Judge Arthur J. Boylan
Judge of U.S. District Court
District of Minnesota

::ODMA\PCDOCS\FBDOCS1\2453649\1