**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

KariLynn Tan,

Plaintiff,

v.

SPS Commerce, Inc., a Minnesota Corporation, and Rolf A. Holman, an individual,

Defendants.

Civil No. 00-1509 DWF/AJB

**ORDER**

---

The above matter came before the Court on Plaintiff's Motion to Enforce Settlement Agreement and on Defendants' Motion to Enforce Settlement Agreement. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is **granted in part and denied in part** [Docket No. 16];
2. Plaintiff's Motion, to the extent that it requests the Court to address the "defend and indemnify" issue, is denied as premature;
3. Plaintiff's Motion is granted to the extent that it requests an order directing Defendant to issue separate Form 1099s as contemplated by the settlement agreement;
4. Defendants' Motion is **denied** [Docket No. 11].

Dated 1/2/01

ARTHUR J. BOYLAN
United States Magistrate Judge

JAN 02 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**MEMORANDUM**

Plaintiff does not dispute that there is a binding settlement contract, nor does Plaintiff dispute that the contract contains a "defend and indemnify" provision. Essentially, Plaintiff asks this Court to declare what the parties meant by that provision. This question is more appropriate for the future, if and when there arises a claim involving the issuance of separate 1099s. Federal Courts do not issue advisory opinions. Shea v. Esensten, 208 F.3d 712, 716 (8th Cir. 2000) (citations omitted).

Defendant contends that Plaintiff, by not providing a "satisfactory" opinion letter, has failed to meet a condition precedent to the settlement contract. It is not clear that the remedy Defendant seeks is consistent with the nonoccurrence of a condition precedent. In any event, using a "reasonable" standard, as Defendant agrees should apply, the Court concludes that Plaintiff has provided a satisfactory opinion letter.

AJB