**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Karilynn Tan, Civil No. 00-1509 (DWF/AJB)

Plaintiff,

v. **ORDER**

SPS Commerce, Inc., a Minnesota corporation,
and Rolf I. Holman, an individual,

Defendants.

---

James H. Kaster, Esq., and Tiffany A. Sanders, Esq., Nichols, Kaster & Anderson, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiff.

Richard A. Ross, Esq., and Catherine M. Powell, Esq., Fredrikson & Byron, 1100 International Center, 900 Second Avenue South, Minneapolis, MN 55402-3787, counsel for SPS Commerce, Inc., and Bruce J. Douglas, Esq., Larkin, Hoffman, Daly & Lindgren, 1500 Northwest Financial Center, 7900 Xerxes Avenue South, Bloomington, MN 55431 and Mark L. Scroggins, Esq., Scroggins & Scroggins, 16475 Dallas Parkway, Suite 710, Addison, TX 75001, counsel for Defendant Rolf I. Holman.

---

Based upon a stipulation of the parties,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 29, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 29 2001
DEPUTY CLERK